**Charles T. ROBINSON, Appellant,**

v.

**John DOE, et al., Respondents.**

No. WD 46561.

Missouri Court of Appeals,
Western District.

July 13, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 31, 1993.

Application to Transfer Denied
Oct. 26, 1993.

Charles T. Robinson, pro se.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondents.

Before LOWENSTEIN, C.J., and ULRICH and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from a dismissal for failure to prosecute.

Affirmed.   **Rule .84.16(b).**